| | | | |
|---|---|---|---|
| Com. v. Cunnane | 2952 EDA 2015<br>Vacated and<br>Remanded | 01/20/2017 | CP–09–CR–0000338–<br>2015<br>(Bucks) |
| Com. v. Garland | 3276 EDA 2015<br>Affirmed | 01/20/2017 | CP–51–CR–0003734–<br>2013<br>(Philadelphia) |
| Com. v. Ford | 3840 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–CR–0006600–<br>2011<br>(Philadelphia) |
| Sibley v. Barr & McGogney Law Firm | 174 EDA 2016<br>Quashed | 01/20/2017 | 2011–07256–27<br>(Bucks) |
| Com. v. Wright | 1014 EDA 2016<br>Affirmed | 01/20/2017 | CP–51–CR–0806301–<br>2004<br>(Philadelphia) |
| Com. v. Hill | 1778 EDA 2016<br>Affirmed | 01/20/2017 | CP–23–CR–0004112–<br>1983<br>(Delaware) |
| In the Interest of: D.J.D. Jr. | 1830 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000706–<br>2013<br>CP–51–DP–0000691–<br>2012<br>(Philadelphia) |
| In the Interest of: D.J.D. | 1831 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000705–<br>2013<br>CP–51–DP–0000690–<br>2012<br>(Philadelphia) |
| In the Interest of: S.J.Q.M. | 1832 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000707–<br>2013<br>CP–51–DP–0052618–<br>2010<br>(Philadelphia) |
| Com. v. Stewart [24] | 2199 MDA 2015<br>Affirmed | 01/20/2017 | CP–36–MD–0001267–<br>2015<br>(Lancaster) |
| In the Interest of: M.B. | 791 MDA 2016<br>Affirmed | 01/20/2017 | CP–36–DP–0000030–<br>2016<br>CP–36–DP–0000031–<br>2016<br>CP–36–DP–0000032–<br>2016<br>CP–36–DP–0000033–<br>2016<br>CP–36–DP–0000034– |

**24.** Petition for reargument denied March 31, 2017.

| | | | 2016<br>CP–36–DP–0000035–2016<br>CP–36–DP–0000036–2016<br>(Lancaster) |
|---|---|---|---|
| Com. v. Dieu | 868 MDA 2016<br>Affirmed | 01/20/2017 | CP–21–CR–0001550–2012<br>(Cumberland) |
| Com. v. Gray | 1210 MDA 2016<br>Affirmed | 01/20/2017 | CP–28–CR–0001778–2015<br>(Franklin) |
| Com. v. Edmonson | 940 WDA 2015<br>Affirmed | 01/20/2017 | CP–05–CR–0000148–2014<br>(Bedford) |
| Foster v. Golden Gate National | 1147 WDA 2015<br>Reversed and Remanded | 01/20/2017 | 10202 of 2004<br>(Erie) |
| Stubits, D. v. Golden Gate National | 1160 WDA 2015<br>Reversed and Remanded | 01/20/2017 | 12386 of 2014<br>(Erie) |
| Com. v. Graves | 2024 WDA 2015<br>Affirmed | 01/20/2017 | CP–02–CR–0013769–2014<br>(Allegheny) |
| Com. v. Nichols | 19 WDA 2016<br>Affirmed | 01/20/2017 | CP–02–CR–0011203–2008<br>(Allegheny) |
| Teague v. Ferguson | 346 WDA 2016<br>Affirmed | 01/20/2017 | 254–2004<br>(Mercer) |
| Com. v. Fisher [25] | 419 WDA 2016<br>Affirmed | 01/20/2017 | CP–56–CR–0000800–2012<br>(Somerset) |
| Northwest Savings Bank v. Fidelity National Title [26] | 451 WDA 2016<br>Affirmed | 01/20/2017 | 13–11107<br>(Butler) |
| Palar v. Wohlwend [27] | 530 WDA 2016<br>Affirmed | 01/20/2017 | 123–2014 CV<br>(Jefferson) |
| Com. v. Brown | 1404 EDA 2015<br>Affirmed | 01/23/2017 | CP–51–CR–0015194–2012<br>(Philadelphia) |
| Com. v. Austin | 2782 EDA 2015<br>Affirmed | 01/23/2017 | CP–51–CR–0013799–2010<br>(Philadelphia) |
| Com. v. Baroni [28] | 3480 EDA 2015<br>Affirmed | 01/23/2017 | CP–23–CR–0000845–1982<br>(Delaware) |

25. Petition for reargument denied March 30, 2017.
26. Petition for reargument denied March 30, 2017.
27. Petition for reargument denied March 30, 2017.
28. Petition for reargument denied March 31, 2017.